

October 12, 2023

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 1000

    Re:    *United States of America et al. ex rel. Omni Healthcare, Inc. v. U.S. Oncology, Inc.*, No. 23-1334

Dear Ms. O'Hagan Wolfe:

    Pursuant to LR 31.2(a)(1)(A), Appellants designate the date for filing of their Appellants' Brief as January 5, 2024. Please contact the undersigned if you have any questions or concerns. Thank you for your attention to this matter.

    Respectfully submitted,

    /s/ *George F. Carpinello*
    George F. Carpinello

cc via ECF: All counsel of record

BOIES SCHILLER FLEXNER LLP

30 South Pearl Street, 11th Floor, Albany, NY 12207 | (t) 518 434 0600 | (f) 518 434 0665 | www.bsfllp.com